KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6816
    Facsimile: (415) 436-6748
    email: stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>1.  1998 PORSCHE CARRERA, VIN WPOAA299WS320297,<br><br>2.  2003 CADILLAC ESCALADE, VIN 1GYEK63N73R117093, CALIFORNIA LICENSE 5AIW599,<br><br>3.  $7,128.13 SEIZED FROM WELLS FARGO ACCOUNT NUMBER 4882887161, AND<br><br>4.  $2,994.64 SEIZED FROM WELLS FARGO ACCOUNT 47504493,<br><br>    Defendants. | No. C 04-1226 CRB<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

    Plaintiff, United States of America, and Claimants Rosalba Hurtado, Jose Hurtado and Porofino Rubio, through undersigned counsel, hereby apply to the Court for a continuance of the case management conference currently scheduled for June 3, 2005. As the Court is aware, this matter is related to *United States v. Long, et al.*, CR 03-0295 CRB, currently pending before this

Court. Indeed, the allegations at issue in the forfeiture matter are, in large part, based upon the facts and circumstances supporting the allegations in the related criminal action, and in particular as to defendant Ramon Gayton-Franco.[1] At the request of the parties, this Court has previously entered orders continuing the case management based upon the ongoing status of the criminal case. That basis for a continuance has not changed as the criminal docket current reflects that defendant Gayton-Franco is not due to be sentenced until July 13, 2005. Accordingly, the parties request that the case management conference be continued for approximately 90 -120 days.

DATED: May 26, 2005

_____
STEPHANIE M. HINDS
Assistant United States Attorney

DATED: May ___, 2005

_____
ROBERT J. BELES
PAUL McCARTHY
Attorney for Claimants

IT IS HEREBY ORDERED:

Upon the above-application for a continuance and good cause appearing, the Case Management Conference currently scheduled in this matter for June 3, 2005, is vacated. The matter is continued until July 13, 2005 at 2:15 p.m. for status.

DATED: May 31, 2005

_____
CHARLES R. BREYER
United States District Judge

APPROVED
Charles R. Breyer

---

[1] Robert Beles, who represents Gayton-Franco in the criminal action, also represents claimant Rosalba Hurtado (Gayton-Franco's wife) in this forfeiture action.