1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4  STEPHANIE M. HINDS (CSBN 154284)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6816
7      Facsimile: (415) 436-6748

8  Attorneys for Plaintiff

9
                     UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,           )   No.   C 04-1226 CRB
                                        )
14              Plaintiff,              )
                                        )   STIPULATION AND [PROPOSED]
15         v.                           )   ORDER CONTINUING CASE
                                        )   MANAGEMENT CONFERENCE
16  1.  1998 PORSCHE CARRERA, VIN       )
        WPOAA299WS320297,               )
17                                      )
    2.  2003 CADILLAC ESCALADE, VIN     )
18      1GYEK63N73R117093, CALIFORNIA   )
        LICENSE 5AIW599,                )
19                                      )
    3.  $7,128.13 SEIZED FROM WELLS     )
20      FARGO ACCOUNT NUMBER            )
        4882887161, AND                 )
21                                      )
    4.  $2,994.64 SEIZED FROM WELLS     )
22      FARGO ACCOUNT 47504493,         )
                                        )
23              Defendants.             )
                                        )
24  _____

25                              **STIPULATION**

26      It is hereby stipulated by and between plaintiff, United States of America and claimants,

27  Jose Hurtado, Rosalba Hurtado and Porfirio Rubio, that the case management

28  STIPULATION AND [PROPOSED] ORDER
    CONTINUING CASE MANAGEMENT CONFERENCE
    C 04-1226 CRB

1  conference currently scheduled for January 13, 2006 at 8:30 a.m. be continued until March 10,
2  2006 at 8:30 a.m. or until a date convenient to the Court. The parties request this continuance of
3  the case management conference as they are in settlement negotiations, which they anticipate will
4  precede the requested dated.

5  Dated:

                         /S/
               STEPHANIE M. HINDS
               Assistant United States Attorney

8  Dated:

               ROBERT BELES, ESQ.
               Attorney for Claimants
               Jose Hurtado, Rosalba Hurtado and
               Porfirio Rubio

### [PROPOSED] ORDER

IT IS SO ORDERED. The case management conference scheduled for January 13, 2006 is vacated. The case management conference shall be held on __March 10,__ __2006__ ~~2005~~.

16  Dated: January 12, 2006

               CHARLES R. BREYER
               United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer — United States District Court, Northern District of California*

28  STIPULATION AND [PROPOSED] ORDER
    CONTINUING CASE MANAGEMENT CONFERENCE
    C 04-226 CRB