KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6816
Facsimile: (415) 436-6748

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA, )   No. C 04-1226 CRB
              Plaintiff,      )
                              )
       v.                     )
                              )
1. 1998 PORSCHE CARRERA, VIN  )   **SETTLEMENT STIPULATION AND**
   WPOAA299WS320297,          )   [PROPOSED] **FINAL ORDER OF**
                              )   **FORFEITURE**
2. 2003 CADILLAC ESCALADE, VIN)
   1GYEK63N73R117093, CALIFORNIA )
   LICENSE 5AIW599,           )
                              )
3. $7,128.13 SEIZED FROM WELLS)
   FARGO ACCOUNT NUMBER       )
   4882887161, AND            )
                              )
4. $2,994.64 SEIZED FROM WELLS)
   FARGO ACCOUNT 47504493,    )
                              )
              Defendants.     )
_____)

In full and final settlement of all claims and disputes related to the property at issue in the above-captioned forfeiture action (hereinafter "defendant property"), plaintiff United States of America, and claimants Rosalba Hurtado, Jose Hurtado and Porofino Rubio, hereby stipulate and agree as follows:

1. The United States lawfully seized the defendant property as there was probable cause to believe that the defendant property was subject to forfeiture, pursuant to Title 21, United States Code, Section 881(a)(6), as property which constitutes or is traceable to drug proceeds, stemming from the criminal activities of Ramon Gayton Franco; Title 18, United States Code, Section 981(a)(1)(A), as property involved in money laundering transactions (the sua being drug proceeds); and Title 31, United States Code, Section 5317(c), as property involved in structuring transactions.

2. Rosalba Hurtado, Jose Hurtado and Porofino Rubio are the only claimants in this action. Rosalba Hurtado and Jose Hurtado assert ownership claims in the defendant Cadillac Escalade and the defendant $7,128.13 and $2,994.64 seized from the above-captioned Wells Fargo accounts (hereinafter the money will be collectively referred to as the "defendant funds"). Porofino Rubio asserts an ownership claim in the defendant Porsche.

3. Claimant Porofino Rubio consents to the forfeiture of the defendant Porsche. Claimant Rubio admits that sufficient evidence exists to establish the forfeiture of said vehicle, pursuant to Title 21, United States Code, Section 881(a)(6), and Title 18, United States Code, Section 981(a)(1)(A). Claimant Rubio consents to the forfeiture of said vehicle without further notice to him. Claimant Rubio further relinquishes all right, title and interest in defendant Porsche, and agrees that said vehicle shall be forfeited to the United States and disposed of according to law by the appropriate federal agency.

4. Claimants Rosalba Hurtado and Jose Hurtado consent to the forfeiture of the defendant funds. Claimants Rosalba and Jose Hurtado admit that sufficient evidence exists to establish the forfeiture of said funds, pursuant to Title 21, United States Code, Section 881(a)(6), Title 18, United States Code, Section 981(a)(1)(A). Claimants Rosalba and Jose Hurtado consent to the forfeiture of said funds without further notice to them. Claimants Rosalba and Jose Hurtado further relinquish all right, title and interest in defendant funds, and agree that said funds shall be forfeited to the United States and disposed of according to law by the appropriate federal agency.

5. The defendant Cadillac Escalade shall be returned/released to claimants Rosalba and Jose Hurtado or their designee, on the condition that they pay the storage fees due and owing on the vehicle at the time of the release. As of January 9, 2006, the storage fees due and owing for the storage of the defendant Cadillac Escalade was $4,578.40. Arrangements for the release of the vehicle shall be facilitated through claimants counsel, Robert Beles, whose business address is One Kaiser Plaza, Suite 1750, Oakland, California 94612, and whose telephone number is 510/836-0100.

6. Claimants Rosalba Hurtado, Jose Hurtado and Porofino Rubio shall hold harmless the United States, any and all agents, officers, representatives and

2

employees of same, including all federal, state and local enforcement officers, for any and all acts directly or indirectly related to the seizure and forfeiture of the defendant currency.

7. Each party shall pay its own attorney fees and costs.

DATED: 7/24/06

KEVIN V. RYAN
United States Attorney

_____
STEPHANIE M. HINDS
Assistant United States Attorney

DATED: 3 July 06

_____
ROBERT J. BELES
Attorney for Claimants Rosalba Hurtado, Jose Hurtado and Porofino Rubio

DATED: 07/03/06

_____
ROSALBA HURTADO
Claimant

DATED:

_____
JOSE HURTADO
Claimant

DATED:

_____
POROFINO RUBIO
Claimant

## [PROPOSED] ORDER

Based upon the above stipulation, all pleadings filed herein, the Court finds that sufficient evidence exists for the seizure and forfeiture of the defendant property, pursuant to Title 21, United States Code, 881(a)(6) and Title 18, United States Code, Section 981(a)(1)(A).

Accordingly, IT IS HEREBY ORDERED that the defendant Porsche shall be and hereby is forfeited to the United States, pursuant to Title 21, United States Code, Section 881(a)(6) and Title 18, United States Code, Section 981(a)(1)(A). All right, title and interest in said property is hereby vested in the United States of America. The United States Marshal shall dispose of the

3

1  employees of same, including all federal, state and local enforcement officers, for any and all acts directly or indirectly related to the seizure and forfeiture of the defendant currency.

7. Each party shall pay its own attorney fees and costs.

DATED:

KEVIN V. RYAN
United States Attorney

_____
STEPHANIE M. HINDS
Assistant United States Attorney

DATED: 3 July 06

_____
ROBERT J. BELES       For
Attorney for Claimants Rosalba Hurtado, Jose Hurtado and Porofino Rubio

DATED: 07/03/06

_____
ROSALBA HURTADO
Claimant

DATED: 07-05-06

_____
JOSE HURTADO
Claimant

DATED:

_____
POROFINO RUBIO
Claimant

## [PROPOSED] ORDER

Based upon the above stipulation, all pleadings filed herein, the Court finds that sufficient evidence exists for the seizure and forfeiture of the defendant property, pursuant to Title 21, United States Code, 881(a)(6) and Title 18, United States Code, Section 981(a)(1)(A).

Accordingly, IT IS HEREBY ORDERED that the defendant Porsche shall be and hereby is forfeited to the United States, pursuant to Title 21, United States Code, Section 881(a)(6) and Title 18, United States Code, Section 981(a)(1)(A). All right, title and interest in said property is hereby vested in the United States of America. The United States Marshal shall dispose of the

3

1    employees of same, including all federal, state and local enforcement officers, for
2    any and all acts directly or indirectly related to the seizure and forfeiture of the
     defendant currency.
3    7.    Each party shall pay its own attorney fees and costs.
4
5    DATED:
                                          KEVIN V. RYAN
6                                         United States Attorney
7
                                          _____
                                          STEPHANIE M. HINDS
8                                         Assistant United States Attorney
9    DATED: 3 July 06                     _____
10                                        ROBERT J. BELES          For
                                          Attorney for Claimants Rosalba Hurtado, Jose
11                                        Hurtado and Porofino Rubio
12   DATED: 07/03/06                      _____
13                                        ROSALBA HURTADO
                                          Claimant
14
     DATED:
15                                        _____
                                          JOSE HURTADO
16                                        Claimant
17   DATED: 07/06/06                      _____
18                                        POROFINO RUBIO
                                          Claimant
19
20                              [PROPOSED] ORDER
21        Based upon the above stipulation, all pleadings filed herein, the Court finds that sufficient
22   evidence exists for the seizure and forfeiture of the defendant property, pursuant to Title 21,
23   United States Code, 881(a)(6) and Title 18, United States Code, Section 981(a)(1)(A).
24        Accordingly, IT IS HEREBY ORDERED that the defendant Porsche shall be and hereby
25   is forfeited to the United States, pursuant to Title 21, United States Code, Section 881(a)(6) and
26   Title 18, United States Code, Section 981(a)(1)(A). All right, title and interest in said property is
27   hereby vested in the United States of America. The United States Marshal shall dispose of the
28
                                                                                             3

1  forfeited property according to law.

2  IT IS FURTHER ORDERED that the defendant funds ($7,128.13 and $2,994.64 seized
3  from the above-captioned Wells Fargo accounts) shall be and hereby is forfeited to the United
4  States, pursuant to Title 21, United States Code, Section 881(a)(6) and Title 18, United States
5  Code, Section 981(a)(1)(A). All right, title and interest in said property is hereby vested in the
6  United States of America. The United States Marshal shall dispose of the forfeited property
7  according to law.

8  IT IS FURTHER ORDERED that Plaintiff shall release the defendant Cadillac Escalade
9  to claimants Rosalba and Jose Hurtado, or their designee, subject to their payment of the storage
10 fees due and owing at the time that the vehicle is released.

11 IT IS FURTHER ORDERED that claimants Rosalba Hurtado, Jose Hurtado and Porofino
12 Rubio shall hold harmless the United States, any and all agents, officers, representatives and
13 employees of same, including all federal and local enforcement officers, for any and all acts
14 directly or indirectly related to the seizure and forfeiture of the defendant property.

15 IT IS FURTHER ORDERED that each party bear its own costs and attorneys fees.

17 IT IS SO ORDERED.

18 DATED: July 25, 2006



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

4